UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| JOHNSON & SONS, LLP | § | Case No. 17-19147-CDP |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joli A. Lofstedt, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $53,000.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $12,483.63 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $6,206.71 | |

3) Total gross receipts of $18,690.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,690.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,221.00 | $18,059.79 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $6,158.21 | $6,206.71 | $6,206.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $87,376.70 | $84,846.67 | $84,846.67 | $12,483.63 |
| **TOTAL DISBURSEMENTS** | $98,597.70 | $109,064.67 | $91,053.38 | $18,690.34 |

4) This case was originally filed under chapter 7 on 10/02/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    06/25/2019              By :    /s/ Joli A. Lofstedt
                                                   Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Bank Account funds - Bank of the West | 1229-000 | $18,690.34 |
| **TOTAL GROSS RECEIPTS** | | $18,690.34 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Bank Of The West MSCCM | 4210-000 | $9,000.00 | $7,814.18 | $0.00 | $0.00 |
| 00002 | Bank Of The West MSCCM | 4210-000 | NA | $7,814.18 | $0.00 | $0.00 |
| 00004 | Western Sugar Coop | 4210-000 | $2,221.00 | $2,431.43 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | $11,221.00 | $18,059.79 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dennis & Company, PC | 3420-000 | NA | $32.00 | $32.00 | $32.00 |
| Dennis & Company, PC | 3410-000 | NA | $3,343.00 | $3,343.00 | $3,343.00 |
| Joli Lofstedt | 2100-000 | NA | $2,619.03 | $2,619.03 | $2,619.03 |
| Joli Lofstedt | 2200-000 | NA | $17.67 | $66.17 | $66.17 |
| First National Bank of Vinita | 2600-000 | NA | $146.51 | $146.51 | $146.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,158.21 | $6,206.71 | $6,206.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | Rabo AgriFinance LLC fka Rabo | 7200-000 | $83,553.70 | $84,846.67 | $84,846.67 | $12,483.63 |
| | Rain and Hail, LLC | | $3,823.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $87,376.70 | $84,846.67 | $84,846.67 | $12,483.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-19147 | Judge: | Cathleen D. Parker | Trustee Name: | Joli A. Lofstedt |
|---|---|---|---|---|---|
| Case Name: | JOHNSON & SONS, LLP | | | Date Filed (f) or Converted (c): | 10/02/2017 (f) |
| | | | | 341(a) Meeting Date: | 11/17/2017 |
| For Period Ending: | 06/25/2019 | | | Claims Bar Date: | 04/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  100 Shares in Western Sugar Cooperative | 53,000.00 | 53,000.00 | | 0.00 | FA |
| 2.  U.S. Government payments owed to Debtor | Unknown | 0.00 | | 0.00 | FA |
| 3.  Bank Account funds - Bank of the West (u) | 18,690.34 | 18,690.34 | | 18,690.34 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 71,690.34 | 71,690.34 | | 18,690.34 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**03-25-19 - TFR sent to UST.**

**Initial Projected Date of Final Report(TFR) :** 12/30/2018   **Current Projected Date of Final Report(TFR) :** 06/30/2019

| **Trustee's Signature** | /s/Joli A. Lofstedt | **Date:** | 06/25/2019 |
|---|---|---|---|
| | Joli A. Lofstedt | | |
| | 950 Spruce Street | | |
| | Suite 1C | | |
| | Louisville, CO 80027 | | |
| | Phone : (303) 661-9292 | | |

UST Form 101-7-TDR (10/1/2010) (Page 5)                                                                                                       Exhibit 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-19147 | Trustee Name: | Joli A. Lofstedt |
| Case Name: | JOHNSON & SONS, LLP | Bank Name: | FNB of Vinita |
| | | Account Number/CD#: | ******1640 Checking Account |
| Taxpayer ID No: | **-***8313 | Blanket bond (per case limit): | 48,104,231.00 |
| For Period Ending: | 6/25/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/16/2018 | [3] | Bank of the West | Payment for Non-exempt Assets | 1229-000 | 18,690.34 | | 18,690.34 |
| 05/07/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 18,680.34 |
| 06/07/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.83 | 18,660.51 |
| 07/09/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.18 | 18,641.33 |
| 08/07/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.80 | 18,621.53 |
| 09/10/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.77 | 18,601.76 |
| 10/05/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.12 | 18,582.64 |
| 11/07/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.73 | 18,562.91 |
| 12/07/2018 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.08 | 18,543.83 |
| 01/07/2019 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 18,543.83 | 0.00 |
| | | | | Page Subtotals | 18,690.34 | 18,690.34 | |

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-19147 | Trustee Name: | Joli A. Lofstedt |
|---|---|---|---|
| Case Name: | JOHNSON & SONS, LLP | Bank Name: | FNB of Vinita |
| | | Account Number/CD#: | ******1640 Checking Account |
| Taxpayer ID No: | **-***8313 | Blanket bond (per case limit): | 48,104,231.00 |
| For Period Ending: | 6/25/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 18,690.34 | 18,690.34 |
| Less:Bank Transfer/CD's | 0.00 | 18,543.83 |
| **SUBTOTALS** | 18,690.34 | 146.51 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 18,690.34 | 146.51 |

UST Form 101-7-TDR (10/1/2010) (Page 7)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-19147 | Trustee Name: | Joli A. Lofstedt |
| Case Name: | JOHNSON & SONS, LLP | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0945 Checking Account |
| Taxpayer ID No: | **-***8313 | Blanket bond (per case limit): | 48,104,231.00 |
| For Period Ending: | 6/25/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/07/2019 | | Transfer from FNB Vinita | Transfer from FNB Vinita | 9999-000 | 18,543.83 | | 18,543.83 |
| 04/23/2019 | 52001 | Dennis & Company, PC<br>8400 E. Crescent Parkway, Ste. 600<br>Greenwood Village, CO 80111 | Accountant for Trustee expenses | 3420-000 | | 32.00 | 18,511.83 |
| 04/23/2019 | 52002 | Dennis & Company, PC<br>8400 E. Crescent Parkway, Ste. 600<br>Greenwood Village, CO 80111 | Accountant for Trustee Fees | 3410-000 | | 3,343.00 | 15,168.83 |
| 05/06/2019 | 52003 | Joli Lofstedt<br>950 Spruce Street<br>Suite 1C<br>Louisville , CO 80027 | | 2100-000 | | 2,619.03 | 12,549.80 |
| 05/06/2019 | 52004 | Joli Lofstedt<br>950 Spruce Street<br>Suite 1C<br>Louisville , CO 80027 | | 2200-000 | | 66.17 | 12,483.63 |
| 05/06/2019 | 52005 | Rabo AgriFinance LLC fka Rabo Agrifinance, Inc.<br>6919 Chancellor Dr<br>Cedar Falls, IA 50613 | Disb of 14.71% to Claim #00003 | 7200-000 | | 12,483.63 | 0.00 |
| | | | | Page Subtotals | 18,543.83 | 18,543.83 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-19147 | | Trustee Name: | Joli A. Lofstedt |
|---|---|---|---|---|
| Case Name: | JOHNSON & SONS, LLP | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0945 Checking Account |
| Taxpayer ID No: | **-***8313 | | Blanket bond (per case limit): | 48,104,231.00 |
| For Period Ending: | 6/25/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

(column 5 header: Uniform Trans. Code; column 6: Deposits($); column 7: Disbursements($); column 8: Account/CD Balance($))

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Page Subtotals |  |  |  |  |
|  |  | **COLUMN TOTALS** |  | 18,543.83 | 18,543.83 |  |
|  |  | Less:Bank Transfer/CD's |  | 18,543.83 | 0.00 |  |
|  |  | **SUBTOTALS** |  | 0.00 | 18,543.83 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **Net** |  | 0.00 | 18,543.83 |  |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 18,690.34 | | | | |
| All Accounts Gross Disbursements: | 18,690.34 | ******1640 Checking Account | 18,690.34 | 146.51 | |
| All Accounts Net: | 0.00 | ******0945 Checking Account | 0.00 | 18,543.83 | |
| | | **Net Totals** | 18,690.34 | 18,690.34 | 0.00 |